## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUSTIN GRAVES, individually, and on behalf of herself and all other similarly situated consumers,<br><br>Plaintiff,<br><br>-against-<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendant. | Civil Action No.: 2:20-cv-01603-SRC-CLW<br><br>**STIPULATION OF DISMISSAL** |

**WHEREAS** Defendant filed a Motion to Compel Arbitration (Docket Entry #7) that is presently pending before this Court;

**WHEREAS** the parties have resolved their differences pertaining to the pending Motion to Compel Arbitration;

**IT IS HEREBY** stipulated and agreed to by the undersigned parties that the claims in this lawsuit are governed by a valid and enforceable arbitration clause as set forth in Defendant's Motion to Compel Arbitration;

**IT IS FURTHER** stipulated and agreed that this lawsuit is dismissed without prejudice to recommencement, as an individual claim by Plaintiff only, before an arbitral tribunal within 30 days of the date of this stipulation and pursuant to the terms of the applicable arbitration clause;

**IT IS FURTHER** stipulated that this dismissal is without prejudice to any motion to reopen this lawsuit but solely for the purposes of enforcement or review of an arbitral award.  This lawsuit is dismissed with prejudice for all other purposes with each party to bear its owns costs and fees;

**IT IS FURTHER** stipulated and agreed that Defendant's Motion to Compel Arbitration is withdrawn as moot.

Dated: May 26, 2020

| **HINSHAW & CULBERTSON LLP** | **ZEMEL LAW LLC** |
|---|---|
| By: <u>*/s Han Sheng Beh*</u><br>  Han Sheng Beh<br>  *Attorneys for Defendant*<br>  800 Third Avenue, 13th Floor<br>  New York, New York 10022 | By: <u>*/s Daniel Zemel*</u><br>  Daniel Zemel<br>  *Attorney for Plaintiff*<br>  1373 Broad Street, Suite 203-C<br>  Clifton, New Jersey 07013 |

SO ORDERED  May 27, 2020

   *s/ Stanley R. Chesler*
   _____

Hon. Stanley R. Chesler, U.S.D.J.